IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

JPJ COMPANIES, LLC
(a/a/o Stephane Hardy
and Veronique Gagne),

        CASE NO.: _____

      Plaintiffs,

vs.

NATIONAL FIRE & MARINE
INSURANCE COMPANY,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY ("NF&M"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Southern District of Florida, Fort Pierce Division, and states as grounds for such removal the following:

1. On April 17, 2019, Plaintiff, JPJ COMPANIES, LLC (a/a/o Stephane Hardy and Veronique Gagne), filed this action in the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County, Florida, Case No. 2019CA000493 ("State Action").

2. On May 14, 2019, NF&M was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "A"** as follows:

    A.    Civil Cover Sheet;

    B.    Complaint;

    C.    Plaintiff's Notice of Serving Interrogatories to Defendant;

    D.      Plaintiff's First Request for Production to Defendant;

    E.      Request for Summons;

    F.      Summons;

    G.      NF&M's Notice of Appearance and Designation of E-Mail Addresses;

    H.      NF&M's Motion for Extension of Time to Respond to Complaint;

    I.      NF&M's Certification and Notice of Filing Notice of Removal; and

    J.      NF&M's Notice of Removal to Opposing Counsel.

3.     This Notice of Removal is filed in the United States District Court for the Southern District of Florida, Fort Pierce Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

## DIVERSITY OF CITIZENSHIP

4.     Plaintiff is a Florida limited liability company. According to the Florida Division of Corporations website, the members of Plaintiff are Jason Lovelady and Walter J. Millet III.

5.     The undersigned ran a public records search on Jason Lovelady, which revealed that Jason Lovelady has resided in the State of Florida for the past 15 years and is an office, director, or member of the following companies, all of which maintain their principal places of business in the State of Florida: JPJ Companies, LLC, Carpenter's Roofing & Sheet Metal, Inc., 3JCP, LLC, Double Jay Laine, LLC, Triple Jay Laine, LLC, JPJ Services, LLC, and JPJ Holdings, LLC. Therefore, Jason Lovelady is a citizen of the State of Florida.

6. The undersigned ran a public records search on Walter J. Millet III, which revealed that Walter J. Millet III has held a Florida driver's license since 1991, owns a motor vehicle registered in the State Florida, and is registered to vote in the State of Florida. Therefore, Walter J. Millet III is a citizen of the State of Florida.

7. Therefore, Plaintiff is a citizen of the State of Florida.

8. At all times material to this action, NF&M was and is incorporated in the State of Nebraska, having its principal place of business in the State of Nebraska. Accordingly, at all times material to this action, NF&M was a citizen of the State of Nebraska. NF&M is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, NF&M has been a foreign corporation doing business in Florida.

9. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

10. On April 17, 2019, counsel for Plaintiff submitted a demand to NF&M in the amount of $254,448.43, inclusive of $243,948.60 in insurance proceeds and $10,000.00 in attorney's fees, and $499.83 in costs. In support of the demand, counsel submitted an estimate to replace the roof of the subject property for the sum of $243,948.60.

11. The deductible under the subject policy of insurance is $40,000.00.

12. Thus, the amount in controversy herein is in excess of $75,000.00, exclusive of interests and costs.

13. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and NF&M are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

14. NF&M has noticed the adverse party, Plaintiff, of this Removal by notifying Plaintiffs' attorney of record.

15. NF&M has filed a written notice with the Clerk of the Court of the Nineteenth Judicial Circuit in and for Martin County, Florida in compliance with 28 U.S.C § 1446 (d).

        BUTLER WEIHMULLER KATZ CRAIG LLP

        s/ D. Grayson Kelly
        WILLIAM R. LEWIS, ESQ.
        Florida Bar No.: 0879827
        wlewis@butler.legal
        D. GRAYSON KELLY, ESQ.
        Florida Bar No.: 86022
        gkelly@butler.legal
        Secondary: afreeman@butler.legal
        400 N. Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone: (813) 281-1900
        Facsimile: (813) 281-0900
        *Attorneys for NF&M*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2019, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

> Paris R. Webb, Esq.
> Arnesen Webb, P.A.
> 197 South Federal Highway, Suite 300
> Boca Raton, FL  33432
> Attorneys For: Plaintiff
> paris@insurancelawyers.org
> eservice@insurancelawyers.org

                                          s/ D. Grayson Kelly
                                          D. GRAYSON KELLY, ESQ.